### Bash et ux. *v.* Evans.

APPEAL from the Huntington Common Pleas.

Pettit, C. J.—This suit was brought by the appellee against Henry Bash, Susan Bash, his wife, and Enos V.

Robbins.   The defendants, all of them, remained in the case till its end below, and a decree and judgment were rendered there against all of them; but Bash and wife only have appealed, and have not complied with section 551 of the code,· 2 G. & H. 270; and following the uniform rulings of this court, the appeal must be dismissed.

The appeal is dismissed, at the costs of the appellants.

*J. R. Slack*, for appellants.

*J. A. Fay*, for appellee.